# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, NY 10604-3407
Tel: 914.323.7000   Fax: 914.323.7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

Emily Hayes
Emily.Hayes@WilsonElser.com



August 3, 2007

**BY FACSIMILE**

Hon. Sidney H. Stein, U.S.D.J.
United States Courthouse
500 Pearl Street, Room 1010
New York, NY 10007

MEMO ENDORSED

Re:  Barnes v. Life Insurance Company of North America, 07 Civ. 6103 (SHS)
     Our File No.   :   09856.00073

Dear Judge Stein:

We represent the defendant Life Insurance Company of North America ("LINA") in the referenced matter and write with the consent of our adversary to request an adjournment of the initial case management conference currently scheduled for August 9, 2007 at 11:00. This adjournment is requested because LINA has not yet responded to the complaint. We request that the conference be rescheduled to take place after September 7, 2007, the date by which LINA must respond to the complaint. We have not previously requested an adjournment of this conference.

Thank you for your attention to this matter.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Emily Hayes

*The conference is adjourned to Sept. 7, 2007 at 11:00 a.m*
SO ORDERED 8/6/07

SIDNEY H. STEIN
U.S.D.J.

cc: Justin Frankel, Esq.

WPDOCS01 1627139v.1