

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
JANE BARNES, :
                Plaintiff, : 07 Civ. 6103 (SHS)

       - against - :

LIFE INSURANCE COMPANY OF NORTH : **Stipulation Extending Time to Answer**
AMERICA, :
                Defendant. :
------------------------------------------------------------ x

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff and defendant that the time for defendant to answer, make any motion in response to the Complaint or otherwise respond to the Complaint in the captioned action is extended to and including September 7, 2007; *pretrial conf. 9/7 at 11 A.M*

    IT IS FURTHER AGREED that this stipulation may be executed in counterparts and facsimile copies of signatures may be considered as original signatures.

Dated: White Plains, New York
       August 3, 2007

_____
Justin Frankel (JF-5983)
Frankel & Newfield, P.C.
*Attorneys for Plaintiff*
585 Stewart Avenue – Suite 301
Garden City, New York 11530
(516) 222-1600

_____
Emily A. Hayes (EH-5243)
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
*Attorneys for Defendant Life Insurance Company of North America*
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000

So Ordered 8/7/07

WPDOCS01 1627254v.1