# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, NY 10604-3407
914.323.7000 Fax: 914.323.7001

*Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com



Emily Hayes
Emily.Hayes@WilsonElser.com

**BY FACSIMILE**

Hon. Sidney H. Stein, U.S.D.J.
United States Courthouse
500 Pearl Street, Room 1010
New York, NY 10007

    Re:    Barnes v. Life Insurance Company of North America, 07 Civ. 6103 (SHS)
           Our File No.   :     09856.00073

Dear Judge Stein:

    We represent the defendant Life Insurance Company of North America ("LINA") in the referenced matter and write with the consent of our adversary to request an adjournment of the initial case management conference currently scheduled for September 7, 2007 at 11:00. This adjournment is requested because plaintiff's counsel has a vacation scheduled that week and will not be available. Counsel for both parties are available for a conference on any day the week of September 10 to September 14, 2007. This conference was previously adjourned at defendant's request from August 9 to September 7.

    Thank you for your attention to this matter.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*Emily Hayes* (signature)

Emily Hayes

cc: Justin Frankel, Esq.

WPDOCS01 1663648v.1

*[Handwritten memo endorsement:]* The conference is adjourned to 9/14/07 at 11:30 a.m.

SO ORDERED 8/15/07

SIDNEY H. STEIN
U.S.D.J.