UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JANE BARNES,                                          :

                    Plaintiff,          :

            - against -                     :        07 CV 6103 (SHS)

LIFE INSURANCE COMPANY OF NORTH AMERICA, :   Rule 7.1 Disclosure Statement

                   Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Life Insurance Company of North America certifies the following:

      Life Insurance Company of North America is a wholly owned subsidiary of Connecticut General Corporation, which is a wholly owned subsidiary of CIGNA Holdings. CIGNA Holdings is a wholly owned subsidiary of CIGNA Corporation.

Dated:  White Plains, New York
         September 7, 2007

                                         WILSON, ELSER, MOSKOWITZ,
                                         EDELMAN & DICKER LLP

                                         By: /s/ Emily A. Hayes
                                         Fred N. Knopf (FNK 4625)
                                         Emily A. Hayes (EH 5243)
                                         3 Gannett Drive
                                         White Plains, New York 10604-3407
                                         Phone (914) 323-7000
                                         Facsimile (914) 323-7001

## **CERTIFICATE OF SERVICE**

     I hereby certify that on September 7, 2007, a copy of the foregoing Rule 7.1 Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                              s/Emily A. Hayes
                                              Emily A. Hayes (EH 5243)
                                              3 Gannett Drive
                                              White Plains, New York 10604-3407
                                              Phone (914) 323-7000
                                              Facsimile (914) 323-7001
                                              emily.hayes@wilsonelser.com

1686015v.1