UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JANE BARNES,                                         :

                            Plaintiff,            :

               - against -                 :          07 CV 6103 (SHS)

LIFE INSURANCE COMPANY OF NORTH AMERICA, :       Notice of Appearance

                          Defendant.           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

To the Clerk of this Court and all parties of record:

       Enter my appearance as counsel in this case for defendant Life Insurance Company of America.

       I certify that I am admitted to practice in this Court.


Dated:    White Plains, New York
               September 7, 2007


                                               Respectfully submitted,

                               WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                               By: /s/ Fred N. Knopf
                                  Fred N. Knopf (FNK 4625)
                                  Emily A. Hayes (EH 5243)
                                  *Attorneys for the Defendants*
                                  3 Gannett Drive
                                  White Plains, New York 10604
                                  (914) 323-7000

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2007, the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

> s/Fred N. Knopf
> Fred N. Knopf (FNK 4625)
> 3 Gannett Drive
> White Plains, New York 10604-3407
> Phone (914) 323-7000
> Facsimile (914) 323-7001
> fred.knopf@wilsonelser.com

1686030v.1