

# FRANKEL & NEWFIELD, P.C.

Justin C. Frankel*
Jason A. Newfield*

*Admitted in NY and CT

ATTORNEYS AT LAW

585 Stewart Avenue
Suite 301
Garden City, NY 11530

Tel: (516) 222-1600
Fax: (516) 222-0513
www.frankelnewfield.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/07
```

September 11, 2007

**VIA FACSIMILE (212) 805-7924**

Hon. Sidney H. Stein
United States District Court, S.D.N.Y.
500 Pearl Street
New York, New York 10007-1312

MEMO ENDORSED

      Re:    Barnes v. Life Insurance Company of N.A. - 07cv 6103 (SHS)

Dear Judge Stein:

We represent the Plaintiff in the above referenced action.

As the Court is aware, Defendant Life Insurance Company of North America ("LINA") has filed a Motion to Transfer Venue. In light of the Jewish holidays and counsel's schedule, the parties have agreed to the following briefing schedule.

    Plaintiff's Opposition    October 10, 2007
    Defendant's Reply      October 24, 2007

We respectfully request the Court So Order this schedule.

SO ORDERED 9/11/07

Respectfully submitted,

SIDNEY H. STEIN
U.S.D.J.

FRANKEL & NEWFIELD, P.C.

By: Justin C. Frankel (JF-5983)

cc: Emily Hayes, Esq.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```