Exhibit A

**FRAUD WARNING:** Any person who, knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or (2) conceals for the purpose of misleading, information concerning any material fact thereto, commits a fraudulent insurance act. For residents of the following states, please see the reverse side of this form: **California, Colorado, District of Columbia, Florida, Kentucky, Maryland, Minnesota, New Jersey, New York, Oregon, Pennsylvania, Tennessee, Texas or Virginia.**

Name: JANE PATRICIA BARNES
Social Security No.: [redacted]
Address: 3481 Euclid Ave Concord, CA 94519
Telephone No.: 925-671-9197

1. In your own words, tell us why you cannot work in your own or in any occupation.
   My low back and tailbone cause me so much pain that it interferes with my ability to sit, concentrate, focus, or follow-through on a daily basis. I suffer from regular headaches, leg pain, butt pain & an irritated bowel which make it difficult to attend to any regular employment.

2. What is primary physical and/or mental condition preventing you from working now?
   Chronic pain syndrome; sciatica; degenerative lumbar/cervical disc disease; neuropathic pain; post L5/S1 microdysectomy and post anterior L5/S1 fusion; post five-level IDET; irritable bowel syndrome; dislocated tailbone; dislocated knee cap (R);

3. Can you drive? ☒ Yes ☐ No   How far? as needed to doctors - with increased pain. Usually only errands close by.

4. What time do you get up in the morning? 9–10 am    What time do you go to bed? 10–11 pm

5. Where do you live? ☐ Apartment  ☒ House
   How many floors in the apartment/house? 1    Does it have an elevator? ☐ Yes ☒ No
   Do you use any special equipment - ramps, handrails, wheelchair? ☐ Yes ☒ No
   If yes, describe _____

6. How often do you use the computer? as needed for personal business, daily or almost daily
   What computer programs or software can you use? Microsoft office, Word, Excel, a wide range

7. Check the things you do regularly:

   | Activity | Hours per day? | Days per week? |
   |---|---|---|
   | ☒ Cook | 1 hr | 4 to 5 |
   | ☒ Clean | 0–15 min | 2 to 3 |
   | ☒ Shop | 0–30 min | 1 to 2 |
   | ☒ Laundry | 0–30 min | 1 |
   | ☒ Yardwork | 15–30 min | 3 to 4 light only |
   | ☒ Gardening | 15–30 min | 4 to 5 light only |
   | ☐ Read | 1 hr | daily |
   | ☐ Watch TV | 2 hr | 4 to 5 |
   | ☐ Other (school, attend religious services, volunteer work, etc.) Rest/ways off spine | 1 to 2 hr | daily |

   must alternate activity, change frequently or pain is intense, by taking breaks

   What do you do for recreation? play with grandkids, hiking with friends, gardening, go to dinner with friends

8. Are there things you attend to with regard to your personal needs (grooming, dressing, etc.)?
   I shower as needed; I get dressed daily. I take my medicines/vitamins daily. Infrequently use make-up - I get by.

9. Do you go for walks? ☒ Yes ☐ No   How often? almost daily with occassional missed days
   How far do you walk? ___   For how long? 20–40 min

GB-609428 (04/2005)

10. Do you engage in a regular exercise program?  ☒ Yes ☐ No — I TRY TO
    Where (home, gym, etc.) local dog park for walk; community pool for swimming
    How often? walk daily usually; I swim two times per week when possible
    Describe your exercise program walk daily with some swimming weekly
    I also have therapeutic bodywork about once per week

11. Please circle the highest grade you completed in school:

    1  2  3  4  5  6  7  8  9  10  11  12     GED     High School Diploma

    College?   1 yr.   2 yrs.   3 yrs.   4 yrs.   BA/BS Degree   Masters Degree  Other (PhD)
                                                   '79   '81   '85
    Type of degree? (Business, History, Social Sciences, etc.) BS, MS, PhD
    Date Received '79, '81, '85 → BS-Agriculture, Horticulture MS & PhD
    List any professional/educational certificates, licenses, etc. awarded ___

    List any vocational programs you have attended/completed ___
    In the last 3 years, what type of certificates or licenses have you received? ___

12. Are you taking any professional/educational/vocational classes now?  ☐ Yes ☒ No
    Please list them ___

13. Are you working?  ☐ Yes ☒ No
    If so, please list how many hours per day you work, and the name of your employer. ___

14. Have you discussed return to work with your physician?  ☐ Yes ☒ No
    What does your physician say about returning to work? we have not discussed in last yr

15. When do you expect to return to work? unsure → if ever will be able
    Will you return to your regular occupation? ☐ Yes ☒ No  If no, why not? not available, not able physically
    Will you return to Modified job? ☐ Yes ☐ No  If no, why not? not available, not physically able

16. Do you know of any positions within your company that you would be interested in?  ☐ Yes ☒ No
    If yes, what position? company terminated me & eventually closed site

17. If unable to return to regular position, would you be interested in exploring your career options?  ☐ Yes ☒ No
    I have already explored options with workers compensation.

### Employment History

| 1. Job Title: PRINCIPAL RESEARCH CHEMIST | Employed date: From: 97 | Through: |
|---|---|---|
| Major Duties: Complete residue studies for EPA submission | Minor Duties: Quality assurance, training | |
| Tools/Equipment used: computer, HPLC, GC, balance etc | Machinery/Computers used: computer IBM | |
| 2. Job Title: Principal Research Biochemist | Employed date: From: 93 | Through: 94 |
| Major Duties: Team leader, study director, supervise | Minor Duties: train | |
| Tools/Equipment used: All chromatography stuff, computer | Machinery/Computers used: IBM computer | |
| 3. Job Title: Senior Research Biochemist | Employed date: From: 90 | Through: 92 |
| Major Duties: Team leader/ study director | Minor Duties: train, teach section | |
| Tools/Equipment used: all lab equipment | Machinery/Computers used: IBM computer | |

18. Have you ever owned or operated your own business?  ☐ Yes ☒ No
    Do you own, operate or have ownership interest in a business now?  ☐ Yes ☒ No
    Business Name ___

19. Are you married, or do you have a domestic partner?  ☒ Yes  ☐ No   married 10/22/04
    Do you have any children under age 25?  ☒ Yes  ☐ No   step daughter - 20
    Do you have any handicapped children (regardless of age)?  ☐ Yes  ☒ No
    If you answered "Yes" to any of the above questions, please list below.

| NAME | RELATIONSHIP | GENDER (M/F) | DATE OF BIRTH | SOCIAL SECURITY NO. |
|---|---|---|---|---|
| 1. Victor Rodrigues | husband | ☒ M ☐ F | 9/16/1957 | |
| 2. Veronica Rodrigues | step-daughter | ☐ M ☒ F | 12/27/1984 | |
| 3. | | ☐ M ☐ F | | |
| 4. | | ☐ M ☐ F | | |
| 5. | | ☐ M ☐ F | | |

20. List any prescription medications you take: Use other side if you need more space.  see extra sheet

| Medication | Dose | Frequency | Medication | Dose | Frequency |
|---|---|---|---|---|---|
| ① Oxycontin | 3-40 mg | 3 times/day | ④ Ambien | 10 mg | nightly |
| ② Norco | 10 mg | 3-4 per day | ⑤ Topol | 6 | daily |
| ③ Effexor XR | 150 mg | nightly | ⑥ Provigil | 200 mg | daily |

see extra sheet

21. List any doctor(s) you see regularly. Use the other side if you need more room.

| | |
|---|---|
| Doctor's Name/Speciality: Dr Mannie Joel, Pain Management MD, MB, CHB, FRCPC | Doctor's Name/Speciality: Dr Fillmore MD; Elizabeth Guimas RN, NP - Gyno OB |
| Address: 15035 East 14th Street, San Leandro, CA 94578 | Address: 3999 Bacon St STE 1, Concord CA 94596 |
| Telephone #: 510-734-0226 | Fax #: unknown (my sept appt is rescheduled to Nov 7) | Telephone #: 925-676-3450 | Fax #: don't have # |
| Frequency of visits: quarterly (usually) | Date of last visit: June | Frequency of visits: should be once per year | Date of last visit: Oct 2005 missed 2004 |
| Doctor's Name/Speciality: Dr John Toth, D.O., GP | Doctor's Name/Speciality: Dr Wolfe - GI |
| Address: 2270 Bacon St, Concord CA 94520 | Address: He prescribes my GI related meds but I have not seen recently - he had back surgery |
| Telephone #: 925-687-9447 | Fax #: 925-687-9483 | Telephone #: 510 460-0246 OR 415 550 1700 | Fax #: |
| Frequency of visits: when business arise | Date of last visit: Oct 2004 | Frequency of visits: irregular but (regular med review) | Date of last visit: a few years ago colonoscopy & in office physical last |

22. Are you right handed or left handed?  ☒ Right  ☐ Left
    What is your height?  5' 7 inches         What is your date of birth?  June 13, 1957
    What is your weight?  215 lbs

23. Are you a veteran?  ☐ Yes  ☒ No
    If yes, have you applied for VA benefits for this disability?  ☐ Yes  ☒ No
    Please attach a copy of your VA disability award.

24. What other types of income/money/compensation/benefits are you receiving or eligible to receive?

|   |   | | $ Amount/Frequency | Date Began | Date Paid Through |
|---|---|---|---|---|---|
| ☐ Yes | ☒ No | Salary Continuance | | | |
| ☐ Yes | ☒ No | State Disability Benefits | | | |
| ☐ Yes | ☒ No | Group Disability Benefits | (NOTE: Social Security rate is different each year; $1532 only since Jan 05.) | | |
| ☐ Yes | ☒ No | Workers' Compensation | | | |
| ☐ Yes | ☒ No | Pension Benefits | | | |
| ☒ Yes | ☐ No | Social Security Disability Benefits | $1532/mo | 12/12/98 | 10-19-05 |
| ☐ Yes | ☒ No | No-Fault Auto Disability Insurance | | | |
| ☐ Yes | ☐ No | Any Other Disability Income | | | |

I certify that the information in this document is true and correct.

Signature _____    Date  Oct 20, 2005

Exhibit B

**FRAUD WARNING:** Any person who, knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or (2) conceals for the purpose of misleading, information concerning any material fact thereto, commits a fraudulent insurance act. For residents of the following states, please see the reverse side of this form: *California, Colorado, District of Columbia, Florida, Kentucky, Maryland, Minnesota, New Jersey, New York, Oregon, Pennsylvania, Tennessee, Texas or Virginia.*

## ATTENDING PHYSICIAN'S STATEMENT OF DISABILITY (PLEASE PRINT)

The insured is responsible for having this form completed by any/all treating physician(s) without expense to the company. We must have comprehensive medical information in order to evaluate the insured's claim for Disability Benefits.

### THIS SECTION IS TO BE COMPLETED BY THE PATIENT/INSURED

1. **NAME:** Jane Patricia Burnes
   **EMPLOYER NAME:** Was Bayeria Ag Products
   **ADDRESS:** 3481 Euclid Ave.
   **SOCIAL SECURITY NUMBER:** [redacted]
   **CITY:** Concord  **STATE:** CA  **ZIP CODE:** 94519
   **GROUP POLICY NUMBER:**
   **TELEPHONE:** 925 671 9197
   **OCCUPATION:** Was Scientist
   **DATE OF BIRTH:** 6-13-1957

### THE REMAINING SECTIONS OF THIS FORM ARE TO BE COMPLETED BY YOUR PHYSICIAN(S)

1. **DIAGNOSIS (including any complications)**
   (a) Diagnosis (Include ICD-9 or DSM-IV Code): Multi level lumbar disc disease 722.52  Cervical disc disease 722.4
   (b) Subjective symptoms: Pt can not sit for prolonged periods of time. When the pt turns too/any slight acct, she feels immediate pain in her back.
   (c) Objective findings (Please attach copies of current X-rays, EKG's, Laboratory Data and any clinical findings as applicable.): B. lat. pain on big toes, exquisite tenderness on coccyx area. Pt cannot sit, sciatic notch pain, (+) Lasegue's sign, SLR on (L) leg 30
   (d) Are symptoms consistent with the clinical findings?  ☒ Yes  ☐ No, explain ___
   (e) Is illness work related?  ☒ Yes  ☐ No
   (f) If pregnancy please indicate: LMP: ___ EDC: ___ Actual Delivery: ___

2. **DATES OF TREATMENT**
   - Date patient first visited you for this accident/illness: 7 14 1999
   - Date patient first unable to work due to this accident/illness: Pt is permanently disabled
   - List frequency & date(s) patient was examined for this accident/illness: every 30-15 days
   - Date of last visit: 6 3 05  ___ MD office

3. **NATURE OF TREATMENT (including Surgery & Medications prescribed, if any)**
   - Hospitalization on: ___  THROUGH ___
   - Surgery on: ___  Type of Surgery: ___
   - Name and Address of Hospital:
   - Medications-type/dosage:
   - Medications-type/dosage:

**4. PHYSICAL LIMITATIONS / IF APPLICABLE:** In an 8 hour day is your patient able to:

| | 0 hours | up to 2.5 hours | up to 5.5 hours | greater than 5.5 hours |
|---|---|---|---|---|
| Climb | ☐ | ☐ | ☐ | ☐ |
| Balance | ☐ | ☐ | ☐ | ☐ |
| Stoop | ☐ | ☐ | ☐ | ☐ |
| Kneel | ☐ | ☐ | ☐ | ☐ |
| Crouch | ☐ | ☐ | ☐ | ☐ |
| Crawl | ☐ | ☐ | ☐ | ☐ |
| Reach | ☐ | ☐ | ☐ | ☐ |
| Walk | ☐ | ☐ | ☐ | ☐ |
| Sit | ☐ | ☐ | ☐ | ☐ |
| Stand | ☐ | ☐ | ☐ | ☐ |

**Cardiac - If applicable (American Heart Association)**
- ☐ Class 1 - No Limitation
- ☐ Class 2 - Slight Limitation
- ☐ Class 3 - Marked Limitation
- ☐ Class 4 - Complete Limitation

Blood Pressure (last visit) _____

*[Handwritten across form: "Pt is Perm. Disabled"]*

Please indicate the maximum level of ability (sedentary, light, medium, heavy) of your patient to:

_____ Lift _____ Carry _____ Push _____ Pull

**Sedentary** = 10 lbs. maximum, walking occasionally. **Light** = 20 lbs. maximum, 10 lbs. frequently
**Medium** = 50 lbs. maximum, 25 lbs. frequently, up to 10 lbs. constantly. **Heavy** - 100 lbs. maximum, 50 lbs. frequently, 20 lbs. constantly.

**5. MENTAL IMPAIRMENT / IF APPLICABLE:** Please complete the following (incomplete information will delay claim processing):

Axis I: _____

II: _____

III: _____ *[N/A written across]*

IV: _____

V: Current GAF: _____ Highest GAF in past year: _____

Additional Comments: _____

**6. RETURN TO WORK STATUS**

| | Patient's Regular Occupation | Any Occupation |
|---|---|---|
| When was patient able to go to work? *currently Disabled* | Month Day Year | Month Day Year |

**7. REHABILITATION**

(a) Is patient a suitable candidate for further PHYSICAL / PSYCHOLOGICAL rehabilitation services? ☐ Yes ☒ No

If no, explain: _____

**8. REMARKS**

| DATE 11-3-05 | PRINT NAME (ATTENDING PHYSICIAN) Manju Jit MD | SIGNATURE *[signed]* | DEGREE MD |
|---|---|---|---|
| TELEPHONE NUMBER 510-978-0006 | | PROVIDER TAX ID NUMBER 943813772 | |
| STREET ADDRESS 1555 E. H St. | | | |
| CITY OR TOWN San Leandro | | STATE (OR PROVINCE) CA | ZIP CODE 94578 |