UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CANDIES KASTNER,

                    Plaintiff,

    -against-

CIGNA LIFE INSURANCE COMPANY OF
NEW YORK,

                    Defendant.
-----------------------------------------------------------X

Case No. 07 CV 2147

Judge Karas

A N S W E R
\*\*\*\*\*\*\*\*\*\*\*

Defendant, **LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA")**, sued herein erroneously as **CIGNA LIFE INSURANCE COMPANY OF NEW YORK**, by its attorneys, RUSSO, KEANE & TONER, LLP, as and for its Answer to the Complaint, sets forth the following, upon information and belief:

### THE PARTIES

1.    Denies knowledge or information sufficient to form a belief as to each and every allegation set forth in the paragraphs of the Complaint designated "1".

2.    Denies each and every allegation set forth in the paragraphs of the Complaint designated "2".

### JURISDICTION AND VENUE

3.    Admits the allegations set forth in the paragraphs of the Complaint designated "3", "4", "5", "6", "7", "8", "9", "10", "12", "13", "16", "17", "18" and "32".

4.    Denies each and every allegation set forth in the paragraphs of the Complaint designated "11", "14", "15", "19", "20", "21", "22", "23", "24", "25", "26", "27", "28", "29", "30" and "31".

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

5.    That plaintiff is not entitled to long-term disability benefits under the terms of the policy.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

6.    Plaintiff's causes of action and any recovery to which plaintiff may be entitled, which

right of recovery is hereby specifically denied, are barred and/or limited to the provisions of the Employee Retirement Income Security Act, 29 U.S.C. § 1001, et. seq. and the decisions of the Supreme Court of the United States pertaining thereto.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

7. Plaintiff is not entitled to attorneys' fees and/or Pre-Judgment Interest.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

8. Without admitting that plaintiff is entitled to any long term disability benefits under the terms of the long term disability policy, the defendant refers to the specific language of the policy and reserves its rights to offset against monthly benefits the amounts of other benefits which the plaintiff receives on account of her disability.

WHEREFORE, defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA"), sued herein erroneously as CIGNA LIFE INSURANCE COMPANY OF NEW YORK, demands judgment dismissing the complaint of the plaintiff together with costs and disbursements of this action.

Dated: New York, New York
    May 10, 2007

                              Yours, etc.

                              s/ Kevin G. Horbatiuk
                              Kevin G. Horbatiuk (KH4977)
                              RUSSO, KEANE & TONER, LLP
                              Attorneys for Defendant(s)
                              26 Broadway, 28th Floor
                              New York, New York 10004
                              (212) 482-0001
                              Fax: (212) 482 0002
                              RKT File No. 820.255

TO:    FRANKEL & NEWFIELD, P.C.
        Attorneys for Plaintiff
        585 Stewart Avenue, Suite 301
        Garden City, New York 11530
        (516) 222 1600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CANDIES KASTNER,                                    Case No. 07 CV 2147

                       Plaintiff,                     Judge Karas

    -against-                                         AFFIDAVIT OF SERVICE

CIGNA LIFE INSURANCE COMPANY OF
NEW YORK,

                       Defendant.
------------------------------------------------------------------X
State of New York, County of New York, ss:

    Rose DeLuccio, being duly sworn, deposes and says:

    That deponent is not a party of this action, is over 18 years of age and resides in the County of Richmond, State of New York.

    That on May 10, 2007, deponent served the within **ANSWER** upon:

FRANKEL & NEWFIELD, P.C.
585 Stewart Avenue, Suite 301
Garden City, New York 11530

the address designated by said attorney(s) for that purpose, by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

                                                              s/ Rose DeLuccio
                                                              Rose DeLuccio

Sworn to before me on
May 10, 2007

s/Kathleen Cush
Kathleen Cush
Notary Public, State of New York
No. 01CU4824622
Qualified in Kings County
Commission Expires May 31, 2010