```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

JAMES BARNES,                               :       07 Civ. 6103 (SHS)

                Plaintiff,      :

    -against-                              :       <u>ORDER</u>

LIFE INSURANCE COMPANY OF N.A.,             :

                Defendant.      :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that:

      1.      The last day for discovery on the issue of improper venue is January 14, 2008;

      2.      The last day for plaintiff to submit his letter regarding venue is January 25, 2008; and

      3.      The last day for defendant to submit its letter regarding venue is February 6, 2008.

Dated: New York, New York
       November 8, 2007

                                                 SO ORDERED:

                                                 Sidney H. Stein, U.S.D.J.