USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JANE BARNES,                                : 07 Civ. 6103 (SHS)

                Plaintiff,    : ORDER

-against-                                   :

LIFE INSURANCE COMPANY
OF NORTH AMERICA,                           :

                Defendant.    :
------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today by telephone, with counsel for both parties present,

    IT IS HEREBY ORDERED that:

    1. The last day for discovery on the issue of improper venue is January 21, 2008;

    2. The last day for plaintiff to submit her letter regarding venue is February 1, 2008; and

    3. The last day for defendant to submit its letter regarding venue is February 13, 2008.

Dated: New York, New York
       January 7, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

1