Justin C. Frankel (JF-5983)
Jason A. Newfield (JN-5529)
FRANKEL & NEWFIELD, P.C.
585 Stewart Avenue - Suite 312
Garden City, New York 11530
(516) 222-1600

Attorneys for Plaintiff

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08
```

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---
| | |
|---|---|
| JANE BARNES, | 07 Civ. 6103 (SHS) |
| Plaintiff, | ECF |
| - against - | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | **VOLUNTARY DISCONTINUANCE** |
| Defendant. | |
---

Plaintiff, pursuant to FRCP 41, hereby files this voluntary discontinuance of the above referenced action. No responsive pleading has been filed by Defendant. *Any outstanding motions are dismissed as moot.*

Dated: Garden City, New York
       February 26, 2008

By: /s/
Justin C. Frankel (JF-5983)
Jason A. Newfield (JN-5529)
FRANKEL & NEWFIELD, P.C.
585 Stewart Avenue - Suite 312
Garden City, New York 11530
Attorneys for Plaintiff

X:\Sharon\Barnes\Rule 41.wpd

SO ORDERED: 2/29/08

/s/ Sidney H. Stein, U.S.D.J.